## OCTOBER 28, 1988

No. A–319. WOODS *v.* FLORIDA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## OCTOBER 31, 1988

No. 87–2058. CORNHUSKER CHRISTIAN CHILDRENS HOME, INC. *v.* DEPARTMENT OF SOCIAL SERVICES OF NEBRASKA ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.

No. 88–177. VECO INTERNATIONAL, INC., ET AL. *v.* ALASKA PUBLIC OFFICES COMMISSION. Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question.

No. 88–228. ST. HILAIRE *v.* MAINE. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.

No. 88–320. KAMMER *v.* YOUNG. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–413. BOVINO *v.* MIDDLESEX COUNTY BOARD OF SOCIAL SERVICES. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.